## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 25, 2005*

[Cite as *05/25/2005 Case Announcements,* 2005-Ohio-2447.]

## MERIT DECISIONS WITHOUT OPINIONS

**2005–0440. State ex rel. Bozsik v. Collier.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.